IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| JOHN ANTHONY COLLUM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 7:10- CV-1652-LSC-TMP |
| | ) | |
| JUDGE JOHN ENGLAND, THE WEST ALABAMA NARCOTICS TASK FORCE, THE PUBLIC DEFENDERS OFFICE, and THE TUSCALOOSA COUNTY DISTRICT ATTORNEY'S OFFICE, | ) ) ) ) ) ) | |
| Defendants. | ) | |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 11, 2011, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

Done this 10th day of June 2011.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

167037